CENTER FOR DISABILITY ACCESS
Raymond G. Ballister, Jr., SBN 111282
Phyl Grace, Esq., SBN 171771
Chris Carson, Esq. SBN 280048
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@PotterHandy.com

Attorneys for Plaintiff Jose Estrada

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Jose Estrada**, | ) Case No.: 5:16-CV-01277-ODW-SP |
| Plaintiff, | ) |
| | ) **PLAINTIFF'S PRETRIAL DISCLOSURES** |
| v. | ) |
| **Gonzalo Velazquez**; and Does 1-10, | ) Final Pretrial Conference: March 19, 2018 |
| | ) Time: 1:30 p.m. |
| Defendants. | ) |
| | )   Complaint Filed: June 15, 2016 |
| | )   Trial Date: April 3, 2018 |
| | ) |
| | ) |
| | )   Honorable Judge Otis D. Wright, II |
| | ) |

Pursuant to FRCP 26(a)(3) and Local Rules 16-2.3 and 16-2.4, the plaintiff hereby submits his Pretrial Disclosures.  Plaintiff reserves the right to revise, withdraw, amend or modify and/or supplement these disclosures should new information become available.

///

///

///

///

1

**1.**   __WITNESSES PLAINTIFF EXPECTS TO PRESENT__

Jose Estrada – 6035 Florence Ave., South Gate, CA 90280 – (562)708-8234

Janis Kent – 3553 Atlantic Ave. #575, Long Beach, CA 90807 – (562)426-9363

Evens Louis – 5351 Lasher Road, Calabasas, CA 91302 – (818)321-6645

**2.**   __WITNESSES PLAINTIFF EXPECTS TO PRESENT BY DEPOSITION__

Jose Tavares.

**3**   __EXHIBITS PLAINTIFF EXPECTS TO OFFER__

- Plaintiff's photographs of interior of Defendant's business, taken May 12, 2016
- Copy of receipt of Plaintiff's February 5, 2016 visit to the Tacos El Gavilan restaurant
- Copy of Plaintiff's Expert Witness's report with attached photographs, dated September 5, 2017
- Copy of Defendant's post-repair photographs
- Copy of CASp Survey report prepared by Gabriel Argueta, CASp-126, dated July 27, 2016
- Copy of CASp Re-inspection Survey report prepared by Gabriel Argueta, CASp-126, dated April 17, 2017
- Copy of CASp Inspection Certificate of Tacos El Gavilan, dated March 17, 2017

Should the need arise, Plaintiff may offer:

- Plaintiff's Requests For Admission, Set One, propounded on Defendant Gonzalo Velazquez on May 2, 2017, and associated Verified Responses
- Plaintiff's Requests For Production of Documents, Set One, propounded on Defendant Gonzalo Velazquez on May 2, 2017, and associated Verified Responses
- Plaintiff's Requests For Production of Documents, Set One, propounded on Defendant Gonzalo Velazquez on May 2, 2017, and associated Amended Responses
- Plaintiff's   Special Interrogatories, Set One, propounded on Defendant Gonzalo

2

| | |
|---|---|
| 1 | Velazquez on May 2, 2017, and associated Verified Responses |
| 2 | • Plaintiff's Special Interrogatories, Set One, propounded on Defendant Gonzalo |
| 3 | Velazquez on May 2, 2017, and associated Amended Responses |
| 4 | • Plaintiff's Requests For Production of Documents, Set Two, propounded on Defendant |
| 5 | Gonzalo Velazquez on August 21, 2017, and associated Responses |
| 6 | • Plaintiff's Requests For Production of Documents, Set Two, propounded on Defendant |
| 7 | Gonzalo Velazquez on August 21, 2017, and associated Amended Responses |
| 8 | • Plaintiff's Special Interrogatories, Set Two, propounded on Defendant Gonzalo |
| 9 | Velazquez on August 21, 2017, and associated Responses |
| 10 | • Plaintiff's Special Interrogatories, Set Two, propounded on Defendant Gonzalo |
| 11 | Velazquez on August 21, 2017, and associated Amended Responses |

Plaintiff reserves the right to revise, withdraw and/or to supplement these Pretrial Disclosures as necessary and produce additional witness and exhibits who may be relevant to this case as they become known during the course of this litigation and as permitted by Fed.R.Civ.P. 26(e).

Dated: March 2, 2018                    CENTER FOR DISABILITY ACCESS


By:    /s/ Chris Carson

CHRIS CARSON
Attorneys for Plaintiff

Plaintiff's Pretrial Disclosures                    Case #: 5:16-CV-01277-ODW-SP