Gavril T. Gabriel, [SBN: 296433]
GGabriel@GTGLaw.org
**LAW OFFICES OF GAVRIL T. GABRIEL**
8255 Firestone Blvd., Suite 201
Downey, California 90241

Phone: (562) 758-8210
Fax: (562) 758-8219
Email: GGabriel@GTGLaw.Org

Attorney for Defendant
GONZALO VELAZQUEZ

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Jose Estrada**<br><br>      Plaintiff,<br><br>v.<br><br>**Gonzalo Velazquez**, and Does 1-10,<br><br>      Defendants. | CASE No. 5:16-CV-01277-ODW-SP<br><br>**DEFENDANT'S PRETRIAL DISCLOSURES**<br><br>Final Pretrial Conference: March 19, 2018<br>Time: 1:30 p.m.<br><br>Complaint Filed: June 15, 2016<br>Trial Date: April 3, 2018<br><br>Honorable Judge Otis D. Wright, II |

Pursuant to FRCP 26(a)(3) and Local Rules 16-2.3 and 16-2.4, the defendant hereby submits his Pretrial Disclosures. Defendant reserves the right to revise, withdraw, amend or modify and/or supplemental these disclosures should new information become available.

///

///

///

///

///

1. **WITNESSES DEFENDANT EXPECTS TO PRESENT**

Gonzalo Velazquez, Tacos El Gavilan Restaurant, 115 E. Baseline Rd, Rialto, CA 92376.

Gabriel Arguenta, California Certified Access Specialist, (310) 597-5398

Arthur Corrales of Dicor Contractors, Inc., (951) 232-3543, 2131 S Hellman Ave, Ontario, CA 91761

2. **WITNESSES DEFENDANT EXPECTS TO PRESENT BY DEPOSITION**

None.

3. **EXHIBITS DEFENDANT EXPECTS TO OFFER**

Deposition of Jose Estrada

Defendant reserves the right to revise, withdraw and/or to supplemental these Pretrial Disclosures as necessary and produce additional witness and exhibits who may be relevant to this case as they become known during the course of this litigation and as permitted by Fed.R.Civ.26(e).

DATED: March 3, 2018

LAW OFFICES OF GAVRIL T. GABRIEL

By: /s/ Gavril T. Gabriel

Gavril T. Gabriel
Attorney for DEFENDANT
GONZALO VELAZQUEZ

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I, Evelyn Monreal, am employed in the County of Los Angeles, State of California. I am over the age of eighteen and not a party to the within action. My business address is:

8255 Firestone Blvd., Suite 201
Downey, CA 90241

On March 3, 2018, I served the foregoing document described as:

**ANSWER TO PLAINTIFF'S COMPLAINT**

on all interested parties in this action by placing [X] a true copy [ ] the original thereof enclosed in sealed envelope(s), at Downey, California, addressed as follows:

Raymond G. Ballister, Jr.
Phyl Grace, Esq.
Chris, Carson, Esq.
CENTER FOR DISABILITY ACCESS
P.O. Box 262490
San Diego, CA 92196
E-mail: dennisp@potterhandy.com
E-mail: phylg@potterhandy.com

[X] **BY REGULAR MAIL:** I deposited such envelope in the mail at Downey, California. The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Downey, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

[X] **BY ELECTRONIC TRANSMISSION:** Pursuant to an agreement between the parties to accept service via electronic transmission, I transmitted a PDF version of this document by electronic mail to the party(s) identified on the attached service list using the e-mail address(es) indicated.

[X] (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on March 3, 2018, at Downey, California.

*/s/ Evelyn Monreal*
Evelyn Monreal

**PROOF OF SERVICE**